[Nos. 46425-0-II; 46435-7-II.   Division Two.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SOY OEUNG ET AL., *Appellants*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated September 27, 2016. Substitute opinion filed. See 196 Wn. App. 1011.

[No. 46795-0-II.   Division Two.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MCEVOY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00674-6, Jeanette Dalton, J., entered October 13, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Melnick and Sutton, JJ.

[No. 46802-6-II.   Division Two.   June 14, 2016.]

CHRISTOPHER GUEST ET AL., *Appellants*, v. DAVID LANGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-16364-0, Stanley J. Rumbaugh, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 47229-5-II.   Division Two.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN ALLEN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00973-9, Jennifer A. Irvine Forbes, J., entered February 2, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick, J.; Bjorgen, C.J., dissenting.